UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

RICHARD JONES,

                              Plaintiff,

       -against-                                **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,              07 Civ. 7004 (RMB) (DCF)

                              Defendants.

------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
           August 29, 2007

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel of
                                                      the City of New York
                                                      Attorney for Defendant City of New York
                                                      100 Church St.
                                                      New York, New York  10007
                                                      (212) 788-0963
                                                      Fax:  (212) 788-9776

                                                      By:  ___/s/_____
                                                          Susan M. Halatyn (SH5563)
                                                          Senior Counsel
                                                          Special Federal Litigation Division

TO: The Clerk of Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Cc: Jeffrey Pollack, Esq. (By ECF)
Tracie A. Sundack & Associates, L.L.C.
Attorneys for Plaintiff
19 Court Street, 3rd Floor
White Plains, NY 10601