U.S. DISTRICT XXXX COURT: NEW YORK COUNTY    Star Process Serving Corporation • P.O. Box 112, Flushing, NY 11367

| | | |
|---|---|---|
| RICHARD JONES | Plaintiff | Index No. 07-CIV ,&))$ |
| against | | Date Filed _____ |
| THE CITY OF NEW YORK | Defendant | Office No. _____ |

STATE OF NEW YORK, COUNTY OF QUEENS   SS:   The undersigned, being duly sworn, deposes and says:

deponent is not a party to the action, is over 18 years of age and resides in New York 2768 8th Ave. NEW YORK NY c/o NYPD
That on AUG. 21, 2007  200  3:26 PM  .M., at

deponent served the within
Summons, Spanish summons and complaint on defendant(s) DETECTIVE ,STEVENS & DETECTIVE J. ROSE AND
DETECTIVE DENAL SL IRIAS _____ therein named.

The language required by NYCRR was set forth on the face of said summon(es).

**INDIVIDUAL**
1. ☐ by delivering a true copy/copies of each to said defendant(s) personally; deponent knew the person(s) so served to be the person(s) described as said defendant(s) therein.

**CORPORATION**
2. ☐ a _____ corporation(s), by delivering thereat a true copy(ies) of each to _____ personally, deponent knew said corporation(s) so served to be the corporation(s) described in said summons and complaint as said defendant(s) and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON**
3. ☒ by delivering thereat a true copy(ies) of each to OFFICER SANCHEZ a person of suitable age and discretion. Said premises _____ is defendant's-actual place of business-dwelling house-usual place of above-within the state.

**AFFIXING TO DOOR. ETC.**
4. ☐ by affixing a true copy(ies) of each to the door of said premises, which is defendant's _____ -actual place of business-dwelling house-usual place of abode-within the state. Deponent was unable, with due diligence to find defendant(s) or a person of suitable age or discretion. thereat, having called there _____

Deponent spoke with  Officer Sanchez
at the aforementioned address, who stated to deponent that the said defendant(s) _____ lived-worked there.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the defendant(s) herein was in the military service of the state of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant(s) is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes of the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act. Defendant(s) wore ordinary civilian clothes and no military uniform.

That at the time of such service I knew the person(s) so served as aforesaid to be the same person(s) mentioned and described in the said summons and complaint as the defendant(s) in this action.

1. Sex: MALE   color: B OWN   hair: BROWN   app. age: $)%:9   app. ht: 5'9   app. wt.: 180
2. Sex: _____   color: _____   hair: _____   app. age: _____   app. ht: _____   app. wt.: _____

other identifying features: _____ on _____ I deposited in the U.S. mails a true copy(ies) of the summons and complaint properly enclosed and sealed in a post-paid wrapper addressed to the said defendant(s) at the aforementioned last known residence, actual place of business. In an envelope marked **Personal and Confidential**

**Sworn to before me this**

27  day of Aug. 07  200

ISRAEL L. SAPOZNICK
NOTARY PUBLIC, State of New York
No. 41-8764700
Qualified in Queens County
Commission Expires April 30, 2006

FLORENCE SAPOZNICK
NOTARY PUBLIC, State of New York
No. 41-8764695
Qualified in Queens County
Commission Expires March 30, 2006

[Notary stamp: Israel L. Sapoznick, Notary Public - New York, No. 01SA8764700, Qualified in Queens County, Commission Expires Apr 30 2010]

ROBERT CRANDALL
0955171