UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

    Richard Jones,

                                                                    Case Management Plan
                                                                    07 CV 7004 (RMB)

        v.

    City of New York, et al.

------------------------------------------------------X

  i. Joinder of additional parties by December 13, 2007

  ii. Amend the pleadings by December 13, 2007. All defendants to respond 45 days after service of the Amended Complaint upon the last served defendant.

  iii. All fact discovery to be **expeditiously** completed by March 1, 2008. ~~Expert discovery, if necessary, to follow fact discovery.~~ *Fact + Expert*

  iv. Consent to Proceed before Magistrate Judge is not given at this time.

  v. Status of settlement discussions: awaiting Plaintiff's demand. *3/4/08 with principals @ 10:00*

**Sections vi through xi will be set at conference with the Court.**

  vi. Motions: Defendants to move for summary judgment if the parties cannot agree to dismiss claims. *See Court's Rules re: Motions*

  vii. Oral Argument _____

  viii. Joint Pre-Trial order to be submitted by _____

  ix. Final Pre-trial Conference _____

  x. Trial _____

  xi. Other:   (1)    Electronic discovery, if any, to be done in paper form.

              (2)    Defendant Rose has never been served and has not appeared in this action

SO ORDERED: New York, New York
11/14/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11.14.07

RMB
_____
Hon. Richard M. Berman, U.S.D.J.