USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD JONES,

                Plaintiff,              07 Civ. 7004 (RMB)

   -against-                     **ORDER OF DISCONTINUANCE**

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

      Based on Plaintiff's letter, dated February 26, 2008, indicating that the parties have reached a settlement agreement, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, the Plaintiff or Defendant may apply by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
       February 28, 2008

                                                        _____
                                                        Richard M. Berman, U.S.D.J.